IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**AIRISHAD KIDD,**

    Plaintiff,

v.

**CITY OF GRAND RAPIDS,**
**DAVID LILLY, MATTHEW VELDMAN**
**and MICHELE GARCIA-BARGAS,**
in their individual and official capacities,

    Defendants.

Case No. 1:16-cv-00048

**HON. ROBERT J. JONKER**
U.S. District Judge

_____/

**DEFENDANTS' EXHIBIT LIST TO**
**MOTION FOR SUMMARY JUDGMENT**

| Exhibit | Description |
|---|---|
| 1 | Deposition transcript of Airishad Kidd |
| 2 | DVD Recording:<br>1st Recording<br>2nd Recording<br>3rd Recording |
| 3 | GRPD Communication Report |
| 4 | Deposition transcript of David Lilly |
| 5 | Deposition transcript of Matthew Veldman |
| 6 | Deposition transcript of Michele Garcia-Bargas |
| 7 | Dr. Randolph Russo IME Report (pgs. 4-5) |