# Exhibit List

A: Plaintiff's Deposition

B: Defendant Lilly's Deposition

C: Defendant Veldman's Deposition

D: Defendant Garcia-Bargas' Deposition

E: *Tingay v. Dep't of Human Servs*

F: *Richardson v. Nasser*

G: Plaintiff's Medical Records from Mercy Health Saint Mary's

H: In-car video from Defendant Lilly's Patrol Vehicle

I: Plaintiff's Medical Records from Cherry Street Health Center

J: Plaintiff's Medical Records from Butterworth Hospital

K: Plaintiff's Medical Records from Spectrum Health Orthopedic Surgery

L: Plaintiff's Records from Good Life Physical Therapy

M: Plaintiff's Records from Life EMS Ambulance